**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        CHAPTER 13
**Ronald McFadden**
      DEBTOR                      :        BKY. NO. 16-15769JKF13

**OBJECTION TO PROOF OF CLAIM**
**Claim #3 of The Estate of Margaret McFadden**

1. A claim was field by the Estate of Margaret McFadden.  **Exhibit A.**

2. Wells Fargo has a mortgage claim.  **Exhibit B.**

3. The estate accounting does not support the balance owed to Wells Fargo.

4. Wells Fargo should have been paid significantly more and Debtor demands a full accounting from the Estate.

    WHEREFORE, Debtor prays that this Honorable Court enter an order compelling a full accounting from the Estate.

Respectfully submitted,

Date: March 20, 2017                    _____s/_____
Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215)735-1060