**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Ronald McFadden** | | |
| DEBTOR | : | BKY. NO. 16-15769JKF13 |

**O R D E R**

AND NOW, this           day of                    , 2017 upon consideration of Debtor's Objection to Proof of Claim #3 of The Estate of Margaret McFadden   and any response and after a hearing

It is hereby ORDERED that the Objection is Sustained. The claim is disallowed.

By the Court:

_____
Hon. Jean FitzSimon
U.S. Bankruptcy Judge

cc:
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
(215)735-1060

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

Demetrius J. Parrish, Jr.
7715 Crittenden Street, #369
Philadelphia, PA 19118