**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Ronald McFadden | | |
| DEBTOR | : | BKY. NO. 16-15769JKF13 |

**CERTIFICATION OF SERVICE**

I, Michael A. Cataldo, Esquire, hereby certify that I served a copy of the Objection to Proof of Claim #3 of The Estate of Margaret McFadden together with the notice by Electronic Means or first class mail on the date below on the following:

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

Demetrius J. Parrish, Jr.
7715 Crittenden Street, #369
Philadelphia, PA 19118

Date:  March 20, 2017                             s/
                                              Michael A. Cataldo, Esquire
                                              Cibik & Cataldo, P.C.
                                              1500 Walnut Street, Suite 900
                                              Philadelphia, PA 19102
                                              215-735-1060